O

JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUSAN SPELL, | Case No. CV 19-2073 JGB(JC) |
| Petitioner, | |
| v. | JUDGMENT |
| HON. NATALIE STONE, | |
| Respondent. | |

Pursuant to this Court's Order Summarily Dismissing Petition and Action and Denying a Certificate of Appealability, IT IS ADJUDGED that the Petition for Writ of Habeas Corpus and this action are dismissed without prejudice.

IT IS SO ADJUDGED.

DATED: June 14, 2019

_____
HONORABLE JESUS G. BERNAL
UNITED STATES DISTRICT JUDGE